UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, | No. 2:14-cv-0975 DAD P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, Warden, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $50.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

  Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

1

1  forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
2  with this order or seek an extension of time to do so will result in dismissal of this action without
3  prejudice; and
4     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
5  Pauperis By a Prisoner for use in a civil rights action.
6  Dated: April 29, 2014

DAD:9:mp
harr0975.3a

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2